

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RJN
F.#2010R1404

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

September 27, 2010

**<u>VIA FED EX AND ECF</u>**

John S. Yong
39 East Broadway, Suite 604
New York, NY 10002
(212)233-6855

Stuart J. Grossman
Grossman & Rinaldo
108-18 Queens Boulevard
Forest Hills, NY 11375
718-520-8722

   Re: United States v. Jiang Yan Hua and Chen Kuo
     <u>Criminal Docket No. 10-671 (KAM)</u>

Dear Sirs:

   Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
additional discovery with respect to the above-referenced case.
The government also reiterates its request for reciprocal
discovery.

| Discovery Exhibit 9 | DMV records |
|---|---|

If you have any further questions or requests, please do not hesitate to contact me.  The government will supplement this letter as appropriate.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:     _____s/_____
        Rachel J. Nash
        Assistant United States Attorney
        (718) 254-6072

Enclosures

CC:  Clerk of Court (KAM) (w/o enclosures)

2